**STATE of Maine**

v.

**David W. GRIFFIN.**

Supreme Judicial Court of Maine.
Argued May 7, 1985.
Decided May 15, 1985.

Michael Povich, Dist. Atty., Edward J. McSweeney, III (orally), Asst. Dist. Atty., Ellsworth, for plaintiff.

Lawrence R. Schultz (orally), Bucksport, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, WATHEN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

The defendant was convicted of theft, 17–A M.R.S.A. § 353 (1983), after a jury trial in the Superior Court, Hancock County. His only claim on appeal is that the evidence was insufficient as a matter of law to support the conviction. After a careful review of the record, we find that the jury rationally could have found proof of the defendant's guilt beyond a reasonable doubt. *See State v. Durgan*, 467 A.2d 165, 166–67 (Me.1983); *State v. McKenney*, 459 A.2d 1093, 1096 (Me.1983).

Therefore, the entry is:

Judgment affirmed.

All concurring.